GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff Apple Inc.

EDWARD E. CASTO, JR.
BARRY J. BUMGARDNER
STEVEN W. HARTSELL
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Forth Worth, TX 76112
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

Attorneys for Defendant Guardian Media Technologies, Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN MEDIA TECHNOLOGIES, LTD.,<br><br>Defendant. | Case No. C09-02705 PJH<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**(LOCAL RULES 7-12 and 16-2(e))** |

# STIPULATION

This stipulation is entered by and through plaintiff Apple Inc. ("Apple") and defendant Guardian Media Technologies, Ltd. ("Guardian") through their respective undersigned counsel, with reference to the following facts:

1. The initial Case Management Conference is currently scheduled for November 19, 2009, with a Joint Case Management Statement due November 12, 2009. (Docket No. 8.)

2. On October 29, 2009, Apple and Guardian filed a Joint Stipulation to Extend the Time for Guardian to Respond to the Complaint to December 3, 2009. (Docket No. 9.)

3. Because Guardian's response to the Complaint is needed to define the scope of the issues in dispute in this action, the parties believe that it would be more efficient to continue the Case Management Conference until after Guardian files its response. The requested postponement would have a minimal effect on the overall schedule of the case.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULES 7-12 AND 16-2(e), IT IS HEREBY AGREED AND STIPULATED that:

The Case Management Conference is continued to ~~a date after~~ ~~December 3, 2009~~, *January 7, 2010 at 2:00 p.m.* ~~that is convenient for the Court~~. The Joint Case Management Statement shall be filed no later than seven days before the Case Management Conference.

IT IS SO STIPULATED.

Dated: November 5, 2009    By:    /s/ *Luann L. Simmons*
Luann L. Simmons
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: 415.984-8700
Facsimile: 415.984-8701

*Counsel for Plaintiff Apple Inc.*

1    STIPULATION TO CONTINUE CMC CASE NO. C09-2705 PJH

| | |
|---|---|
| Dated: November 5, 2009 | By:     /s/ *Edward E. Casto, Jr.* |

                                Edward E. Casto, Jr.
                          NELSON BUMGARDNER CASTO, P.C.
                             5601 Bridge Street, Suite 300
                               Forth Worth, TX 76112
                                Telephone:(817) 377-9111
                                Facsimile: (817) 377-3485

*Counsel for Defendant Guardian Media Technologies, Ltd.*

## **ORDER [~~Proposed~~]**

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the  9th  ~~day of~~ November, 2009.

                                _____
The Honorable Phyllis J. Hamilton
United States District Judge
for the Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton signature]*

## **ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Luann L. Simmons, hereby attest that concurrence in the filing of this Joint Stipulation To Continue Case Management Conference has been obtained from Edward Casto with conformed signatures above.

Dated: November 5, 2009

By: /s/ *Luann L. Simmons*
Luann L. Simmons
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

SF1:780595.1