GEORGE A. RILEY (S.B. #118304)  griley@omm.com
LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff Apple Inc.

KENNETH R. WRIGHT
ROBERT W. HICKS & ASSOCIATES
501 West Broadway
Suite 800
San Diego, CA 92101
Telephone:   (619) 236-3403
Facsimile:    (619) 236-3413

EDWARD E. CASTO, JR.
BARRY J. BUMGARDNER
STEVEN W. HARTSELL
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Forth Worth, TX  76112

Attorneys for Defendant Guardian Media Technologies, Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>GUARDIAN MEDIA TECHNOLOGIES, LTD.,<br><br>                    Defendant. | Case No.  C09-02705 PJH<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |

Plaintiff Apple Inc. ("Apple") and Defendant Guardian Media Technologies, Ltd. ("Guardian") hereby agree and stipulate as follows:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Apple hereby dismisses **without prejudice** all claims asserted against Guardian.

2.  Apple and Guardian shall each bear their own attorneys' fees and costs incurred in connection with this action.

IT IS SO STIPULATED.

Dated: December 18, 2009   By:   /s/ *Luann L. Simmons*

Luann L. Simmons
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: 415.984-8700
Facsimile: 415.984-8701

*Counsel for Plaintiff Apple Inc.*

Dated: December 18, 2009   By:   /s/ *Kenneth R. Wright*

Kenneth R. Wright
ROBERT W. HICKS & ASSOCIATES
501 West Broadway
Suite 800
San Diego, CA 92101
Telephone:   (619) 236-3403
Facsimile:   (619) 236-3413

*Counsel for Defendant Guardian Media Technologies, Ltd.*

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

1
2
## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Luann L. Simmons, hereby attest that concurrence in the filing of this Stipulated Dismissal of All Claims Without Prejudice has been obtained from Kenneth R. Wright with conformed signatures above.

Dated: December 18, 2009

By: /s/ *Luann L. Simmons*
Luann L. Simmons
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

SF1:783998.1

- 2 -

STIPULATED DISMISSAL OF ALL CLAIMS
WITHOUT PREJUDICE CASE NO. C09-2705 PJH